DAVIDSON, Commissioner.

Upon appellant's plea of guilty to the unlawful sale of whisky in a dry area, his punishment was assessed at a fine of $200 and thirty days in jail.

A motion for new trial was filed, alleging, among other things, that the appellant was ignorant of court procedure and of his right to counsel and a trial by jury, and that he did not understand the nature or extent of his plea of guilty.

The order overruling the motion for new trial recites that evidence was heard upon the hearing of the motion for new trial. Such evidence has not been brought before us; the presumption prevails that it authorized the trial court's ruling.

No error appearing, the judgment is affirmed.

Opinion approved by the court.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense of unlawfully driving a motor vehicle upon a public highway while under the influence of intoxicating liquor, and upon his trial before the court his punishment was assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.

## WOODWORTH v. STATE.
### No. 25765.

Court of Criminal Appeals of Texas.

March 19, 1952.

## GREENE v. STATE.
### No. 25763.

Court of Criminal Appeals of Texas.

March 19, 1952.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.